P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
00042279596 $ 00.406
MAILED FROM ZIP CODE 78701 APR 21 2015

RE: WR-82-01

MARCUS TATE JR
1111 LOVETT
HOUSTON TX 77006

RETURN TO SENDER

RETURN TO SENDER

RETURN TO SENDER

RETURN TO SENDER

U T F